## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| RITA ANN MERLO, | 09-26947 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Hannah Lam<br>2917 East Skyridge Circle<br>Salt Lake City, UT  84109 | $1.02 |
| Brittany M. Thomas<br>10824 Hobbs CR 378<br>Tyler, TX  75708 | $2.72 |
| Nicholas Polansky<br>c/o Yvonne Polansky<br>15300 West Doverhill Lane<br>New Berlin, WI  53151 | $2.38 |
| Sara Twitchell<br>3275 South 149th Street<br>New Berlin, WI  53151 | $3.74 |
| Erika Lee<br>W. 345 S. 5666 Waterville Road<br>Eagle, WI  53119 | $3.74 |
| GE Money Bank dba Lowes<br>Care of Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $2.96 |

SLC_813190.1

GE Money Bank dba Lowes BRC $2.28
Care of Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

 The addresses listed above constitute the last known addresses in question. The check in the amount of $18.84 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 14 day of March, 2011.

_____
Duane H. Gillman, Trustee