## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| RITA ANN MERLO, | 09-26947 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the creditor listed below in the amount listed. The check was returned as undeliverable and the trustee voided the check.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**

Jennifer Loeffler                                              $5.44
19330 West Pinecrest Lane
New Berlin, WI  53146

The address listed above constitutes the last known address in question. The check in the amount of $5.44 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _91_ day of May, 2011.

Duane H. Gillman, Trustee

2011 MAY 10 PM 1:40
UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

SLC_843714.1